**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**DAVID ROBERTS,**

              **Plaintiff,**            9:18-cv-1434
                                                       (GLS/DJS)

      **v.**

**DONNA JULIANO et al.,**

              **Defendants.**

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**
David Roberts
*Pro Se*
15-A-4933
Eastern NY Correctional Facility
Box 338
Napanoch, NY 12458

**FOR THE DEFENDANTS;**
Murphy Burns LLP                    THOMAS K. MURPHY, ESQ.
407 Albany Shaker Road
Loudonville, NY 12211

**Gary L. Sharpe**
**Senior District Judge**

## **ORDER**

     The above-captioned matter comes to this court following an Report-Recommendation and Order (R&R) by Magistrate Judge Christian F. Hummel duly filed on July 20, 2020. (Dkt. No. 25.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections

filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 25) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion to dismiss (Dkt. No. 19) is **GRANTED IN PART** and **DENIED IN PART** as follows:

**GRANTED** with respect to all claims against defendant Donna Juliano; and

**DENIED** with respect to all claims against defendant Amy VanAlystyne; and it is further

**ORDERED** that the Clerk shall **TERMINATE** Juliano from the docket; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

August 14, 2020
Albany, New York

*Gary L. Sharpe*
U.S. District Judge

2